JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DANIEL LATANZIO,<br><br>    Petitioner,<br><br>    v.<br><br>F. CHAVEZ, Warden,<br><br>    Respondent. | Case No. CV 14-1609-JGB (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: December 18, 2014

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE